# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Board of Trustees of the Painters and
Floorcovers Joint Committee

               Plaintiff,

v.

Awesome Floors, Inc., et al

               Defendants.

JUDGMENT IN A CIVIL CASE

Case Number: 2:19-cv-01307-JCM-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of Plaintiff against Awesome Floors, Inc. in the amount of $6,174.12.

| | |
|---|---|
| March 4, 2020 | DEBRA K. KEMPI |
| Date | Clerk |
| | /s/ J. Matott |
| | Deputy Clerk |